■ ERBACH FINANCE CORPORATION, Appellant, v ROYAL BANK OF CANADA et al., Respondents. (And a Third-Party Action.) [626 NYS2d 707] —Order, Supreme Court, New York County (Walter Schackman, J.), entered on August 23, 1994, unanimously affirmed for the reasons stated by Schackman, J., with costs and disbursements. Concur—Sullivan, J. P., Rosenberger, Wallach, Nardelli and Williams, JJ.